**Order entered October 26, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00999-CV

**GREGORY CARL MORSE, Appellant**

**V.**

**FEDERAL NATIONAL MORTGAGE ASSOCIATION, Appellee**

**On Appeal from the County Court at Law No. 4
Collin County, Texas
Trial Court Cause No. 004-00127-2017**

## ORDER

In accordance with the Court's October 4, 2018 order, we **LIFT the STAY** of enforcement of the trial court's August 20, 2018 judgment.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE